HARLOW C. CURTISS, Respondent, *v.* WILLIAM T. JEBB, Appellant.

(Submitted October 30, 1911; decided November 28, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 203 N. Y. 538.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MILLIE J. NEWCOMB, as Administratrix of SARAH A. WIGGINS, Deceased, Appellant.

(Argued November 20, 1911; decided November 28, 1911.)

MOTION to amend remittitur.   (See 201 N. Y. 151.)

Motion denied, without costs.

---

In the Matter of the Application of the CITY OF NEW YORK, Appellant, for a Writ of Certiorari against RICHARD MITCHELL et al., as Assessors of the Town of Southeast, Respondents.

*Matter of City of New York* v. *Mitchell*, 145 App. Div. 931, affirmed.
(Argued November 20, 1911; decided December 5, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1911, which affirmed an order of Special Term sustaining an assessment of the petitioner's property in the town of Southeast for purposes of taxation.

*Archibald R. Watson, Corporation Counsel (I. J. Beaudrias* of counsel), for appellant.

*Charles H. Young* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.
39